UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WASHINGTON BENAVIDES MORAN, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

            v.

MAIMOUN LLC,

                        Defendant.

---

26-CV-1269 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and *with* prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.  Any application to reopen this action must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis.  If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same forty-five-day period.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    April 20, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge